Kevin Hahn
Nevada Bar No. 9821
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 Phone
(949) 252-1032 Fax

Attorneys for WELLS FARGO HOME MORTGAGE

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 7 |
| KRISTA ERICSON, | Case No. S-09-27983-MKN |
| Debtor, | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

    Movant, by and through its undersigned attorney, hereby gives notice of the undersigned Attorney's appearance in this matter. The undersigned also hereby requests that he be added to the Master Mailing List in the bankruptcy and receive all notices in this case. Movant requests that the Master Mailing List be amended to add the following name:

MALCOLM ♦ CISNEROS,
A Law Corporation
Kevin Hahn, Bar No. 9821
2112 Business Center Drive, Second Floor
Irvine, California 92612

///
///
///
///
///
///

1 | This Notice of Appearance and Request for Notice is filed pursuant to Rule 2002(g) of
2 | Rules of Bankruptcy Procedure.
3 | DATED: September 13, 2009

**RESPECTFULLY SUBMITTED**

**MALCOLM ♦ CISNEROS.** A Law Corporation

*/s/ Kevin Hahn*
KEVIN HAHN
Nevada Bar No. 9821
Attorney for secured Creditor,
WELLS FARGO HOME MORTGAGE